IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF DIANDRE L. | § | No. 419, 2020 |
| WILLIS FOR A WRIT OF ERROR | § | |
| | § | |

Submitted: January 11, 2021
Decided: January 26, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

## **O R D E R**

Upon consideration of the petition for a writ of error as well as the State's answer and motion to dismiss, it appears to the Court that:

(1)  The petitioner, DiAndre Willis, seeks to invoke this Court's original jurisdiction to issue a writ of error.  The State of Delaware has filed an answer and motion to dismiss the petition.

(2)  Willis faces pending criminal charges for—among other things—first-degree rape and first-degree burglary.[1]  In his petition in this Court, Willis alleges that a State's witness committed perjury at his preliminary hearing in the Court of Common Pleas.  He asks that we issue a writ of error reversing the Court of Common Pleas' finding of probable cause.

---

[1] *See generally State v. Willis*, Cr. ID No. 2001011885 (K).

(3)     "Writs of error" have been abolished.[2]  This Court now hears "appeals" from the Superior Court in criminal cases.[3]  If the Superior Court should enter a final judgment against Willis, he may then appeal to this Court.

NOW, THEREFORE, IT IS ORDERED that the State's motion to dismiss is GRANTED.  Willis' petition for a writ of error is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice

---

[2] *See In re Webb*, 2002 WL 86813, at *1 (Del. Jan. 15, 2002).
[3] Del. Const. art. IV, § 11(1)(b) (establishing the Court's appellate jurisdiction over final judgments in criminal cases) and (2) ("Wherever in this Constitution reference is made to a writ of error … such reference shall be construed as referring to the appeal provided for in …. Section 1(b) of this Article.").

2